1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Juan Cisneros-Tapia

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. 1:12-cr-001 AWI
                                       )
12              Plaintiff,             )  STIPULATION AND [PROPOSED] ORDER TO
                                       )  ADVANCE STATUS CONFERENCE
13     v.                              )
                                       )  DATE:   March 12, 2012
14  JUAN CISNEROS-TAPIA,               )  TIME:   10:00 A.M.
                                       )  JUDGE:  Hon. Anthony W. Ishii
15              Defendant.             )
                                       )
16  _____)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for March 19, 2012, **may be**

19  **advanced to March 12, 2012 at 10:00 A.M.**

20          This advancement of the court date is at the request of the defense as the parties have reached a

21  resolution in this case and defense counsel may have a scheduling conflict on the currently set status

22  conference date.

23

24                                        BENJAMIN B. WAGNER
25                                        United States Attorney

26  DATED: March 6, 2012           By:   /s/ Ian Garriques
                                         IAN GARRIQUES
27                                       Assistant United States Attorney
                                         Attorney for Plaintiff
28

Cisneros-Tapia - Stipulation to Advance
Status Conference

1

2

DANIEL J. BRODERICK
Federal Defender

3 DATED: March 6, 2012

By:    /s/ *Charles J. Lee*

4

CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JUAN CISNEROS-TAPIA

5

6

7

8

9

**O R D E R**

10 IT IS SO ORDERED.

11

12 Dated:    March 6, 2012

CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cisneros-Tapia - Stipulation to Advance
Status Conference

2